## 28019.  McKNIGHT *v.* THE STATE.

MacINTYRE, J.  The evidence amply authorized the verdict finding the defendant guilty of possessing whisky in violation of the prohibition law (Code, §§ 58-101-58-123).  The court did not err in overruling the motion for new trial based solely on the general grounds.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED JANUARY 31, 1940.

*Stonewall H. Dyer*, for plaintiff in error.
*Stanford Arnold, solicitor*, contra.